# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DANA FERNANDEZ | : | |
| PLAINTIFF, | : | CASE NO. C2-20-6306 |
| | : | JUDGE SARGUS |
| | : | MAGISTRATE JUDGE DEAVERS |
| v. | : | |
| VERTIV | : | |
| DEFENDANT. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the Parties hereby stipulate to dismiss the above encaptioned matter with prejudice. Each party to bear its own costs.

APPROVED:

/s/Rayl L. Stepter
Rayl L. Stepter (0047505)
Stepter Law Office
200 East Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 468-4100
(614) 468-4101 (Fax)
raylstepter@stepterlaw.com
Trial Attorney for Plaintiff

/s/Robert C. Petrulis
Robert C. Petrulis
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower, 127 Public Square
Suite 4100
Cleveland, Ohio 44114
216-357-4735
216-357-4733 (Fax)
robert.petrulis@ogletree.com
Trial Attorney for Defendant

_____
JUDGE SARGUS